IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                       3:03cr101/LAC
                                          3:06cv121/LAC/MD
GUSTAVO MANCHA
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 14, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence (doc. 193) is GRANTED with respect to defendant's claim that counsel failed to file a timely notice of appeal and the defendant's remaining claim is DENIED without prejudice.

3. Defendant shall have 10 days to advise the Court as to how he wishes to proceed with the necessary re-sentencing.

DONE AND ORDERED this 19th day of September, 2006.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE